JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRO SYLVESTRE PEREZ,<br>            Petitioner,<br>     v.<br>SCOTT FRAUENHEIM, *Warden*,<br>            Respondent. | Case No. CV 16-6423 DOC (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to dismiss this action as untimely and this Court's Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: April 9, 2018

                                    HON. DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE